# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| Michelle Stephens, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 7:24-cv-00128-WLS |
| v. ) | |
| ) | |
| Credit Bureau of Tift County, Inc. ) | |
| dba CBA Tifton, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Michelle Stephens, by and through undersigned counsel, hereby dismisses this action against Defendant, Credit Bureau of Tift County, Inc. dba CBA Tifton, **with prejudice** pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Respectfully submitted this 9th day of April, 2025.

                                  **BERRY & ASSOCIATES**

                                  */s/ Matthew T. Berry*
                                  Matthew T. Berry
                                  Georgia Bar No.: 055663
                                  matt@mattberry.com
                                  Telephone: (404) 235-3334
                                  2751 Buford Highway, Suite 600
                                  Atlanta, GA 30324

/s/ *Chris Armor*
Christopher N. Armor
Georgia Bar No.: 614061
P.O. Box 509
Londonderry, Vermont 05148
Ph. (651) 208-6441
Chris.armor@armorlaw.com

*Counsel for Plaintiff*

SO ORDERED this 11th day of April, 2025.

W. Louis Sands, Sr. Judge
United States District Court

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2025, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on Credit Bureau of Tift County, Inc. dba CBA Tifton, with adequate postage affixed thereto and addressed as follows:

Deidra Sokolsky<br>
Credit Bureau Associates<br>
Vice President

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No.: 614061
P.O. Box 509
Londonderry, Vermont 05148
Ph. (651) 208-6441
Chris.armor@armorlaw.com

*Counsel for Plaintiff*