IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MICHELLE STEPHENS, | * |
| Plaintiff, | * |
| v. | Case No. 7:24-cv-128 (WLS) |
| | * |
| CREDIT BUREAU OF TIFT COUNTY INC, | |
| | * |
| Defendant. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated April 11, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 14th day of April, 2025.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk